FILED

09/03/2025

Clerk of the
Appellate Courts

IN THE COURT OF APPEALS OF TENNESSEE
AT NASHVILLE
August 29, 2025

## ANTHONY PARKER v. MANAGEMENT & MARKETING CONCEPTS, INC.

**Appeal from the Circuit Court for Rutherford County**
**No. 81201     Bonita Jo Atwood, Judge**

_____

**No. M2025-00296-COA-R3-CV**

_____

This is an appeal from an order denying a motion for summary judgment. Because the order does not resolve all of the claims between the parties, we dismiss the appeal for lack of a final judgment.

**Tenn. R. App. P. 3 Appeal as of Right; Appeal Dismissed**

FRANK G. CLEMENT, JR., P.J., M.S., W. NEAL MCBRAYER, and JEFFREY USMAN, JJ.

Anthony Parker, Murfreesboro, Tennessee, pro se.

Taylor Elizabeth Guilford, Nashville, Tennessee, for the appellee, Management & Marketing Concepts, Inc.

## MEMORANDUM OPINION[1]

The plaintiff, Anthony Parker, has filed a notice of appeal from an order denying his motion for summary judgment. On August 27, 2025, Mr. Parker filed a motion asserting that the trial court clerk had failed to prepare and transmit the record within the time permitted by Tennessee Rule of Appellate Procedure 25(a). Upon review of the motion and the appellant's other filings, the Court has determined that the order appealed is not a final, appealable judgment.

---

[1] Under Tennessee Court of Appeals Rule 10, a case decided by memorandum opinion shall not be published and shall not be cited or relied on for any reason in any unrelated case.

A party is entitled to an appeal as of right only after the trial court has entered a final judgment. Tenn. R. App. P. 3(a). A final judgment is a judgment that resolves all the claims between all the parties, "leaving nothing else for the trial court to do." *In re Estate of Henderson*, 121 S.W.3d 643, 645 (Tenn. 2003) (quoting *State ex rel. McAllister v. Goode*, 968 S.W.2d 834, 840 (Tenn. Ct. App. 1997)). An order that adjudicates fewer than all the claims between all the parties is subject to revision at any time before the entry of a final judgment and is not appealable as of right. Tenn. R. App. P. 3(a); *In re Estate of Henderson*, 121 S.W.3d at 645.

The order denying Mr. Parker's motion for summary judgment is not a final judgment. It did not resolve any of Mr. Parker's claims, and those claims remain pending. Thus, the order is not subject to an appeal as of right under Tennessee Rule of Appellate Procedure 3.

The appeal is hereby dismissed for lack of a final judgment. The dismissal is without prejudice to the filing of a new appeal once a final judgment has been entered. All pending motions are denied. The case is remanded to the trial court for further proceedings consistent with this opinion. Anthony Parker is taxed with the costs for which execution may issue.

PER CURIAM